# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPOUNDING INC., DBA NORTHRIDGE TOWER PHARMACY,<br><br>Plaintiff<br><br>vs.<br><br>AMCO INSURANCE COMPANY (A NATIONWIDE COMPANY), AN IOWA CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV15-00172 JAK (JEMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**  JS-6 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed in its entirety with prejudice.  Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: August 12, 2015

_____
Hon. John A. Kronstadt
United States District Judge

1
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE